OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015

**6/3/2015**
**RENO, PETER T.**      **Tr. Ct. No. 1325063-B**      **WR-83,321-02**
This is to advise that the Court has dismissed without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

PETER T. RENO



:MEBN3B 77002